1

2

3

4            UNITED STATES DISTRICT COURT

5                   DISTRICT OF NEVADA

6                          * * *

7    GRACE ALBANESE,                         Case No. 2:17-CV-1782 JCM (VCF)

8                          Plaintiff(s),                  ORDER

9          v.

10   LAS VEGAS METROPOLITAN POLICE
     DEPARTMENT,
11

12                         Defendant(s).

13

14         Presently before the court is the matter of *Albanese v. Las Vegas Metropolitan Police*

15   *Department*, case no. 2:17-cv-01782-JCM-VCF.

16         On July 7, 2017, Magistrate Judge Ferenbach denied without prejudice plaintiff Grace

17   Albanese's ("plaintiff") application to proceed *in forma pauperis* on the grounds that United States

18   District Judge Jennifer A. Dorsey was currently considering whether to deem plaintiff a vexatious

19   litigant in a different action. (ECF No. 3 at 2). *See Grace Albanese v. Federal Bureau of*

20   *Investigations*, case no. 2:17-cv-01599-JAD-VCF, ECF No. 5 (June 29, 2017).

21         Magistrate Judge Ferenbach noted that, if plaintiff were deemed a vexatious litigant, she

22   would be required to seek leave of the chief judge of this court prior to filing any papers with the

23   court. (ECF No. 3 at 2). Thereafter, on July 27, 2017, Judge Dorsey entered an order deeming

24   plaintiff a vexatious litigant. *Grace Albanese v. Federal Bureau of Investigations*, case no. 2:17-

25   cv-01599-JAD-VCF, ECF No. 7 (July 27, 2017).

26         Since that time, plaintiff has not sought leave of the chief judge of this court to proceed

27   with the instant action. Accordingly, because plaintiff has not obtained permission to file papers

28

**James C. Mahan**
**U.S. District Judge**

1 or pleadings in this action for nearly two years, the court hereby dismisses this action, without

2 prejudice.

3    Accordingly,

4    IT IS ORDERED THAT the instant action, case no. 2:17-cv-01782-JCM-VCF, be, and the

5 same hereby is, DISMISSED without prejudice, for plaintiff's failure to seek leave of the chief

6 judge to file papers with the court.

7    IT IS SO ORDERED.

8    DATED May 7, 2019.

9                                    _____

10                                   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -